UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACQUELINE CHORNEY BASS,

Plaintiff,

v.

DENISE GENTILE, *et al.*,

Defendants.

Case No. 2:26-cv-02759-ART-DJA

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Jacqueline Chorney Bass, proceeding pro se, brought this action alleging constitutional violations by three Clark County family court judges, the Las Vegas Metropolitan Police Department (LVMPD), the Rockford, Illinois Police Department, and two private citizens. (ECF No. 1-1.) Ms. Chorney Bass also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 1.) The Court found that the application was incomplete and thus denied it without prejudice and instructed Ms. Chorney Bass to file an updated and complete IFP application by October 2, 2026. (ECF No. 5.)

Along with her complaint, Ms. Chorney Bass also filed a motion for an ex parte temporary restraining order. (ECF No. 3.) The Court denied the motion without prejudice and informed Ms. Chorney Bass that she may amend her complaint and renew her request for preliminary injunctive relief accordingly. (ECF No. 11.)

Per the Court's instructions regarding her efforts to proceed IFP, Ms. Chorney Bass filed an updated application. (ECF No. 6.) The Court again denied the application without prejudice based on the finding that Ms. Chorney Bass had, again, omitted key information about her financial circumstances. (ECF No. 9.) The Court gave her until October 17, 2026, to refile, and explained that failure

to comply with the order by providing a complete application would result in a recommended dismissal of the action. (*Id.*)

On September 28, 2026, Ms. Chorney Bass filed her third IFP application. (ECF No. 10.) On October 13, 2026, Magistrate Judge Daniel J. Albregts issued the present Report and Recommendation ("R&R") finding that her application was once again incomplete and thus recommending that the case be dismissed without prejudice and that Ms. Chorney Bass's pending motion to appoint counsel be denied as moot. (ECF No. 12.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Ms. Chorney Bass did not object to Judge Albregts's recommendation within the statutory fourteen-day period, and the time to do so has now expired.

It is therefore ordered that Judge Albregts's R&R (ECF No. 12) is ADOPTED.

It is further ordered that Plaintiff's motion to proceed in forma pauperis (ECF No. 10) is DENIED and the motion for appointment of counsel (ECF No. 2) is DENIED AS MOOT.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 2nd day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE